**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Regina M. Rodriguez**

Civil Action No. 26-cv-04686-RMR

JOSE LUIS LOPEZ RAMIREZ,

Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado,
GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement,
DAVID J. VENTURELLA, Acting Director, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, and
TODD BLANCHE, United States Attorney General,

Respondents.

---

**ORDER**

---

Petitioner Jose Luis Lopez Ramirez ("Petitioner") is a nineteen-year-old Guatemalan national. ECF No. 1 ¶ 1. He entered the United States as an unaccompanied minor in 2023. *Id.* ¶ 36. Initially, he was placed in the custody of the Department of Health and Human Services, Office of Refugee Resettlement, Division of Unaccompanied Children. *Id.* He was then released to the care of a sponsor in Florida. *Id.* ¶ 37. In May 2026, he was detained by Immigration and Customs Enforcement ("ICE"). *Id.* ¶ 5. Petitioner requested a bond hearing. At that hearing, the Immigration Judge denied his request for release on bond. ECF No. 1-5. Petitioner then filed the instant Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), requesting his

immediate release. He argues that the hearing was constitutionally inadequate. ECF No. 1 ¶ 4.

The Court ordered Respondents to show cause why the Petition should not be granted. ECF No. 4; *see also* 28 U.S.C. § 2243 ("The person to whom the…order [to show cause] is directed shall make a return certifying the true cause of the detention.").

Respondents state they "are not submitting a brief in opposition to the Petition detailing the facts and circumstances of this case." ECF No. 6 at 1-2. They recognize that "the Court may then decide to grant the Petition and award appropriate relief." *Id.* at 2. Respondents submit that if the Court grants the Petition, "the appropriate relief would be an Order directing that Respondents, within seven days of this Court's Order, release Petitioner from detention." *Id.* at 2 (underline in original). Given this response, the Petition is granted.

**CONCLUSION**

For the reasons set forth above, IT IS ORDERED that:

1. The Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**;
2. Respondents shall **IMMEDIATELY RELEASE** Petitioner on his own recognizance, along with all his personal belongings, without onerous conditions of release, including, without limitation, GPS monitoring, mandatory reporting, or other restrictions on his movement. Respondents shall facilitate Petitioner's transportation from the detention facility by providing all necessary identity and travel documents to return to his primary address;

3. Respondents are **ENJOINED** from re-arresting or re-detaining Petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that he is a flight risk or danger to the community such that his physical custody is legally justified pursuant to 8 U.S.C. § 1226(a). At any such bond hearing, Respondents shall bear the burden of proof, and Petitioner shall be allowed to have counsel present. This injunction shall remain in effect until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order;
4. During such periods of time as Petitioner remains in Respondents' custody, Respondents shall continue to be **ENJOINED** from removing, transferring, or causing the removal or transfer of Petitioner from the District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order;
5. Petitioner's Motion for Temporary Restraining Order (ECF No. 4) is **DENIED AS MOOT**; and
6. On or before **October 12, 2026**, Respondents shall file a status report certifying compliance with this Order.

DATED: October 5, 2026

BY THE COURT:

REGINA M. RODRIGUEZ
Chief Judge, U.S. District Court